# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN LUZIER,<br><br>   Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT,<br><br>   Defendant. | Case No. 2:25-cv-01512-GMN-DJA<br><br>**Order** |

In light of the parties' joint statement on futility of early neutral evaluation, Docket No. 14, the Court **VACATES** the early neutral evaluation session set for December 3, 2025. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the docket and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: November 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1