Dora V. Lane, Esq. (NV Bar No. 8424)
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

Attorney for Defendant
Las Vegas Valley Water District

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN LUZIER,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, DOES I through X; and Roe Corporations I through X, inclusive,<br><br>    Defendant | CASE NO. 2:25-cv-01512<br><br>**STIPULATION TO STAY DISCOVERY AND VACATE HEARING ON DEFENDANT'S MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

Pursuant to Local Rule ("LR") IA 6-1, Plaintiff Ryan Luzier ("Luzier") and Defendant Las Vegas Valley Water District (the "District") (collectively, the "Parties") agree and stipulate as follows:

1. Upon further conferral on December 2, 2025, for the reasons expressed in the District's Motion to Stay Discovery Pending Motion to Dismiss for Failure to State a Claim (the "Motion to Stay") (ECF # 16), the Parties have agreed to stay discovery until March 13, 2026, or until the District Court rules on the District's Motion to Dismiss (ECF # 8)—whichever is sooner.

3. The Court has set a hearing on the District's Motion to Stay for Tuesday, December 16, 2025, at 1:30 p.m. (ECF # 17). Given the Parties' current stipulation to stay discovery as described above, the Parties respectfully request that the Court vacate the December 16, 2025,

hearing and enter an order staying discovery until March 13, 2026, or until the District Court rules on the District's Motion to Dismiss, whichever is earlier.

Date: December 3, 2025                                          Respectfully submitted,

/s/ Dora Lane                                                   /s/Erik Fitting
Dora Lane, Esq.                                                 Erik Fitting, Esq.
Ascent Law, PC                                                  Erik Fitting & Associates, LTD.
5470 Kietzke Lane, Ste. 300                                     2450 St. Rose Parkway, Suite 110
Reno, NV 89511-2099                                             Henderson, Nevada 89074
Telephone: (775) 671-6171                                       Telephone: (702) 312-6965
Email: Dora@ascent-employmentlaw.com                            Email: efitting@msn.com

Attorney for Defendant                                          Attorney for Plaintiff
Las Vegas Valley Water District                                 Ryan Luzier

The Court finds that the parties have shown good cause and therefore grants the stipulation to stay discovery. (ECF No. 18). *See Gibson v. MGM International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726 (D. Nev. July 11, 2023).

IT IS THEREFORE ORDERED that the stipulation (ECF No. 18) is GRANTED. The hearing scheduled for December 16, 2025, is VACATED.

IT IS FURTHER ORDERED that the parties must file a stipulated discovery plan and scheduling order either by March 27, 2026, or fourteen days after the Court rules on the pending motion to dismiss, whichever is earlier.

IT IS FURTHER ORDERED that the motion to stay discovery (ECF No. 16) is DENIED as moot.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2025

**CERTIFICATE OF SERVICE**

I, Dora Lane, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by Ascent Law, P.C. My business address is 5470 Kietzke Lane, Ste. 300, Reno, NV 89511-2099. I am over the age of 18 years and not a party to this action.

On December 3, 2025, I served the foregoing **STIPULATION TO STAY DISCOVERY AND VACATE HEARING ON DEFENDANT'S MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** by causing the above-named document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

> Erik Fitting, Esq.
> 2450 St Rose Pkwy, Ste 110
> Henderson, NV 89074
> efitting@msn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 3, 2025.

/s/Dora Lane
Dora Lane