Dora V. Lane, Esq. (NV Bar No. 8424)
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

Attorney for Defendant
Las Vegas Valley Water District

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN LUZIER, | CASE NO. 2:25-cv-01512 |
| Plaintiff | |
| v. | **STIPULATION TO EXTEND DEADLINE TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER** |
| LAS VEGAS VALLEY WATER DISTRICT, DOES I through X; and Roe Corporations I through X, inclusive, | |
| Defendant | |

Pursuant to Local Rule ("LR") IA 6-1, Plaintiff Ryan Luzier ("Luzier") and Defendant Las Vegas Valley Water District (the "District") (collectively, the "Parties") agree and stipulate as follows:

1.     The District filed a motion to dismiss Luzier's Complaint for failure to state a claim (Dkt. 8). While the motion was pending, the Parties stipulated and the Court ordered that discovery be stayed until March 13, 2026 or until the District Court rules on the District's Motion to Dismiss, whichever is earlier (Dkt. 19). The Court further ordered that the Parties file a proposed Discovery Plan and Scheduling Order by March 27, 2026 or within 14 days of the District Court's ruling on the District's motion to dismiss.

2.     On March 13, 2026, the District Court granted the District's motion to dismiss— with prejudice as to one cause of action and with leave to amend as to the remaining causes of

1

action (Dkt. 22). Pursuant to the March 13, 2026, order, Luzier has 21 days (or until April 3, 2026) to file an amended complaint.

3.    Depending on Luzier's amendment, the District may or may not file another motion to dismiss, which will likely affect any proposed Discovery Plan and Scheduling Order. Accordingly, the Parties respectfully request that the March 27, 2026 deadline be extended to April 17, 2026 to allow Luzier to file his amended complaint and for the Parties to further confer regarding applicable discovery deadlines.

Date: March 18, 2026                         Respectfully submitted,


/s/ Dora Lane                                    /s/Erik Fitting
Dora Lane, Esq.                                  Erik Fitting, Esq.
Ascent Law, PC                                   Erik Fitting & Associates, LTD.
5470 Kietzke Lane, Ste. 300                      2450 St. Rose Parkway, Suite 110
Reno, NV 89511-2099                              Henderson, Nevada 89074
Telephone: (775) 671-6171                        Telephone: (702) 312-6965
Email: Dora@ascent-employmentlaw.com             Email: efitting@msn.com

Attorney for Defendant                           Attorney for Plaintiff
Las Vegas Valley Water District                  Ryan Luzier


                                                 IT IS SO ORDERED:

                                                 _____
                                                 United States Magistrate Judge


                                                 DATED: ___3/19/2026_____

**CERTIFICATE OF SERVICE**

I, Dora Lane, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by Ascent Law, P.C. My business address is 5470 Kietzke Lane, Ste. 300, Reno, NV 89511-2099. I am over the age of 18 years and not a party to this action.

On March 18, 2026, I served the foregoing **STIPULATION TO EXTEND DEADLINE TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER** by causing the above-named document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

> Erik Fitting, Esq.
> 2450 St Rose Pkwy, Ste 110
> Henderson, NV 89074
> efitting@msn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 18, 2026.

/s/Dora Lane
Dora Lane