ERIK FITTING, ESQ.
Nevada Bar No. 007336
ERIK FITTING & ASSOCIATES, LTD.
2450 St Rose Pkwy, Suite 110
Henderson, Nevada 89074
Phone: (702) 312-6965
Facsimile: (702) 212-8086
Email: efitting@erikfittingandassociates.com
*Attorney for Ryan Luzier*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN LUZIER<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS VALLEY WATER DISTRICT,<br>DOES I through X; and Roe Corporations I<br>Through X. inclusive<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:25-cv-01512-GMN-DJA

**<u>Stipulation Order to Extend Time for Plaintiff to File Response to Defendant's Second</u>**

**<u>Motion to Dismiss First Request</u>**

Plaintiff Ryan Luzier and Defendant Las Vegas Valley Water District, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    Defendant filed its Second Motion to Dismiss on April 15, 2026, as ECF No. 27. Plaintiff's current deadline to file a Response is April 29, 2026.

2.    Subject to Court approval, Plaintiff's deadline to file a Response to Defendant's Second Motion to Dismiss is extended to May 6, 2026.

3.    This stipulation is made pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1. The extension is requested to receive requested documents that are not yet available, were timely requested but have not yet been received. This is the first request for an extension of this deadline and is made in good faith and not for purposes of delay.

- 1 -

ERIK FITTING & ASSOCIATES, LTD.<br>ERIK FITTING, ESQ.<br>2450 St Rose Parkway, Suite 110<br>Henderson, NV 89074

4. No other deadlines are extended by this stipulation.

DATED this 29th day April, 2026.  Respectfully submitted,

/s/Erik Fitting_____
Erik Fitting, Esq.
Nevada Bar No. 7336
Erik Fitting & Associates, Ltd.
2450 St. Rose Parkway, Ste. 110
Henderson, Nevada 89074
(702) 312-6965
efitting@erikfittingandassociates.com
*Attorney for Ryan Luzier*

/s/Dora Lane_____
Dora Lane, Esq.
Nevada Bar No.8424
Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511
(775) 671-6171
dora@ascent-employmentlaw.com
*Attorney for Las Vegas Valley Water
District*

**IT IS HEREBY ORDERED** that Plaintiff Ryan Luzier shall file any

Response to Defendant's Second Motion to Dismiss on or before May 6, 2026.

**DATED** this __30__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

ERIK FITTING & ASSOCIATES, LTD.
ERIK FITTING, ESQ.
2450 St Rose Parkway, Suite 110
Henderson, NV 89074

- 2 -

**PROOF OF SERVICE VIA ELECTRONIC SERVICE**

I certify that I am an employee of Erik Fitting & Assocoiates, Ltd., over the age of eighteen and not a party to the action, and that on April 29, 2026, I served the foregoing by causing the above-named document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

> Dora V. Lane
> Ascent Law, PC
> 5470 Kietzke Lane, Suite 300
> Reno, NV 89511-2099
> dora@ascent-employmentlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 29th , 2026.

ERIK FITTING & ASSOCIATES, LTD.

/s/Erik Fitting
ERIK FITTING, ESQ.
Nevada Bar No. 007336
2450 St. Rose Parkway, Ste. 110
Henderson, Nevada 89012
efitting@erikfittingandassociates.com
*Attorney for Ryan Luzier*

ERIK FITTING & ASSOCIATES, LTD.
ERIK FITTING, ESQ.
2450 St Rose Parkway, Suite 110
Henderson, NV 89074

 Outlook

---

**Re: Case No.: 2:25-cv-01512-GMN-DJAERIK FITTING, ESQ.**

---

**From** Dora Lane <Dora@ascent-employmentlaw.com>
**Date** Wed 2026-04-29 17:30
**To** Erik Fitting <efitting@msn.com>

Looks good, you can place my /s/. Thank you

Get Outlook for iOS

---

**From:** Erik Fitting <efitting@msn.com>
**Sent:** Wednesday, April 29, 2026 3:55:41 PM
**To:** Dora Lane <Dora@ascent-employmentlaw.com>
**Subject:** Re: Case No.: 2:25-cv-01512-GMN-DJAERIK FITTING, ESQ.

Dora

I have attached the Stipulation and Order to extend the time to respond to the Motion to Dismiss.

Please review and let me know if you approve, and it is okay to affix your signature.

Many thanks,

Erik Fitting, Esquire
Erik Fitting & Associates, Ltd.
2450 St Rose Pkwy, Suite 110
Henderson, NV 89074
(702)312-6965 telephone; (702)212-8086 facsimile
email: efitting@msn.com

**This email is intended for the purposes of settlement negotiation only in accordance with Nevada law, and shall not be used for any other purpose.**

The information contained in this message and/or attachments is intended only for the person or entity to whom it was addressed. It may contain confidential and/or privileged material. The contents of this email shall not be discoverable in any legal or administrative proceedings, and may not be disclosed as evidence, without limitation. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this e-mail in error, please notify Erik Fitting & Associates, Ltd. immediately by returning it to the sender and delete this copy from your system.

**From:** Dora L
**Sent:** Wednesday, April 29, 2026 13:14
**To:** Erik Fitting <efitting@msn.com>
**Cc:** michael@gebhartlawyer.com <michael@gebhartlawyer.com>
**Subject:** RE: Case No.: 2:25-cv-01512-GMN-DJAERIK FITTING, ESQ.

Hi Erik, no problem whatsoever on our end. Do you want to send a stipulation?

**Dora V. Lane, Esq.**
Shareholder/Co-Owner - Ascent Employment Law
5470 Kietzke Lane, Suite 300
Reno, NV 89511
e: dora@ascent-employmentlaw.com
p: 775.671.6171
http://ascent-employmentlaw.com



---

**From:** Erik Fitting <efitting@msn.com>
**Sent:** Wednesday, April 29, 2026 12:02 PM
**To:** Dora Lane <Dora@ascent-employmentlaw.com>
**Cc:** michael@gebhartlawyer.com
**Subject:** Case No.: 2:25-cv-01512-GMN-DJAERIK FITTING, ESQ.

Dora/Michael,

I would like to request a 10-day extension to file my response in the above case (Luzier v LVVWD).

I have requested documents from the union and have not received them yet. I have requested additional documentation from my client also.

Unfortunately, I am out of state until this coming weekend. Accordingly, I would greatly appreciate it if I could get an extension until Wednesday, May 2, 2026.

Your cooperation is greatly appreciated.

Many Thanks,

Erik Fitting, Esquire
Erik Fitting & Associates, Ltd.
2450 St Rose Pkwy, Suite 110
Henderson, NV 89074
(702)312-6965 telephone; (702)212-8086 facsimile
email: efitting@msn.com

**This email is intended for the purposes of settlement negotiation only in accordance with Nevada law, and shall not be used for any other purpose.**